IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHI HEALTH, LLC | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-2832 |
| | § | |
| ENTRUST, LLC, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant Keating's Motion to Dismiss (Doc. No. 21); Plaintiff's Motion for Summary Judgment (Doc. No. 36); and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 49). None of the parties filed objections to the Memorandum and Recommendation and the time for doing so has passed.

The Court has reviewed the filings, the applicable law, and the Magistrate Judge's Memorandum and Recommendation, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 49) is **ADOPTED**. PHI Health's Implied Right of Action Under the NSA claim is **DISMISSED** without prejudice. It is further

**ORDERED** that this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction. It is further

**ORDERED** that Defendant Keating's Motion to Dismiss (Doc. No. 21); Plaintiff's Motion for Summary Judgment (Doc. No. 36) are **DENIED as MOOT**.

SIGNED this 11th day of December 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE